# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARIUS SENIUNAS and § Case No. 12-09751
MAGDALENA H. SENIUNAS § Hon. TIMOTHY A. BARNES
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 10/02/2012 in Courtroom 642, Dirksen Federal Building Courthouse,

219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/06/2012       By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u>    **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| In re: | MARIUS SENIUNAS and § <br> MAGDALENA SENIUNAS § <br> § <br> § <br> Debtor(s) | Case No. 12-09751 <br> Hon. TIMOTHY A. BARNES <br> Chapter 7 |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $32,500.00 |
| *and approved disbursements of* | $21.19 |
| *leaving a balance on hand of* [1] | $32,478.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $32,478.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $4,000.00 | $0.00 | $4,000.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $30.75 | $0.00 | $30.75 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,430.00 | $0.00 | $2,430.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $6,460.75 |
| Remaining balance: | $26,018.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $26,018.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $26,018.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,977.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  44.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $2,936.97 | $0.00 | $1,318.00 |
| 2 | FIA Card Services successor to Bank of America/MBNA | $3,799.24 | $0.00 | $1,704.95 |
| 3 | FIA Card Services successor to Bank of America/MBNA | $7,803.37 | $0.00 | $3,501.84 |
| 4 | American Express Centurion Bank | $4,526.42 | $0.00 | $2,031.27 |
| 5 | LVNV Funding LLC, assignee of HSBC | $398.41 | $0.00 | $178.79 |
| 6 | Portfolio Recovery Assoc. LLC, successor to GE Capital Bank | $1,848.05 | $0.00 | $829.33 |
| 7 | Capital One, NA | $1,921.63 | $0.00 | $862.35 |
| 8 | PYOD LLC assignee of Citibank | $5,406.68 | $0.00 | $2,426.30 |
| 9 | PYOD LLC assignee of Citibank | $10,112.92 | $0.00 | $4,538.27 |
| 10 | PYOD LLC assignee of Citibank | $15,360.00 | $0.00 | $6,892.95 |
| 11 | Portfolio Recovery Assoc LLC, successor to US Bank | $3,864.01 | $0.00 | $1,734.01 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $26,018.06 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling  $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   0   percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                           Case No. 12-09751-TAB
Marius Seniunas                                                                  Chapter 7
Magdalena H Seniunas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman                Page 1 of 3              Date Rcvd: Sep 05, 2012
                              Form ID: pdf006             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2012.
```
db/jdb     +Marius Seniunas,    Magdalena H Seniunas,    1335 Oak Avenue,    Lemont, IL 60439-4503
18611769   +Adventist Hinsdale Hospital,    120 N. Oak St.,    Hinsdale, IL 60521-3890
18611773    Adventist Hinsdale Surgical Assts.,     P.O. Box 7001,    Bolingbrook, IL 60440-7001
18611774   +American Express,    Attn: Special Research,    P.O. Box 981540,    El Paso, TX 79998-1540
19074271    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18611776   +Bank of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
             Greensboro, NC 27410-8110
18611775   +Bank of America,    P.O. Box 982238,    El Paso, TX 79998-2238
19272735    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18611778   +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18611782   +Citibank SD, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
18611785   +Citibank USA,    Attn: Centralized Bankruptcy,    P.O. Box 20363,    Kansas City, MO 64195-0363
18611787   +DSNB Macys,    9111 Duke Blvd.,    Mason, OH 45040-8999
18611788    DuPage Pathology Associates,    520 E. 22nd St.,    Lombard, IL 60148-6110
19021466    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18611789   +Freedman Anselmo Lindberg LLC,    1807 West Diehl Road,    P.O. Box 3228,
             Naperville, IL 60566-3228
18611793   +HSBC Bank,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
18611794   +HSBC/Menards,    Attn: Bankruptcy,    P.O. Box 5263,    Carol Stream, IL 60197-5263
18611795   +Kevin B. Wilson,    Law Offices,    P.O. Box 24103,    Chattanooga, TN 37422-4103
18611798   +Loyola University Medical Center,     2160 S. First Ave.,    Maywood, IL 60153-3328
18611805   +Marshall & Ilsley Bank,    401 N Executive Drive,    Brookfield, WI 53005-6013
18611807   +North American Credit Services,    2810 Walker Rd.,    Suite 100,    Chattanooga, TN 37421-1082
19270845   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,     c/o Paypal,    PO Box 41067,
             Norfolk VA 23541)
18611808   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    P.O. Box 8026,
             Cedar Rapids, IA 52408)
18611809    Wells Fargo Home Mortgag,    7255 Baymeadows Way,    Des Moines, IA 50306
18611811   #+Wirpan First LLC,    70 Rawls Road,    Des Plaines, IL 60018-1327
18611812   +Zwicker & Associates,    7366 N. Lincoln Ave.,    Lincolnwood, IL 60712-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18910259    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2012 02:41:54     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18611786   +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2012 02:41:54     Discover Financial,
             Attention: Bankruptcy Department,    P.O. Box 3025,    New Albany, OH 43054-3025
18611790   +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2012 03:20:57      GEMB/Gap DC,    Attn: bankruptcy,
             P.O. Box 103104,    Roswell, GA 30076-9104
18611791   +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2012 03:20:57      GEMB/ppbycr,    Attn: Bankruptcy,
             P.O. Box 103104,    Roswell, GA 30076-9104
18611792   +E-mail/Text: BKNOTICES@EAFLLC.COM Sep 06 2012 03:22:42     Hilco Rec./Equable Ascent Financial,
             Attn: Bankruptcy,    1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
18611796   +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2012 02:03:46     Kohls/Capone,
             N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
18611804   +E-mail/Text: resurgentbknotifications@resurgent.com Sep 06 2012 02:20:51     LVNV Funding LLC,
             P.O. Box 740281,    Houston, TX 77274-0281
19168381    E-mail/Text: resurgentbknotifications@resurgent.com Sep 06 2012 02:20:51
             LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18611806   +E-mail/Text: bankrup@nicor.com Sep 06 2012 02:01:04     Nicor Gas,
             Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
19275663   +E-mail/Text: resurgentbknotifications@resurgent.com Sep 06 2012 02:20:51
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
18611810   +E-mail/Text: BKRMailOps@weltman.com Sep 06 2012 04:08:53     Weltman, Weinberg, & Reis,
             180 N. LaSalle St.,    Suite 240,    Chicago, IL 60601-2704
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18611777     BBB
18611770*  +Adventist Hinsdale Hospital,    120 N. Oak St.,    Hinsdale, IL 60521-3890
18611771*  +Adventist Hinsdale Hospital,    120 N. Oak St.,    Hinsdale, IL 60521-3890
18611772*  +Adventist Hinsdale Hospital,    120 N. Oak St.,    Hinsdale, IL 60521-3890
18611779*  +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18611780*  +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18611781*  +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18611783*  +Citibank SD, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
18611784*  +Citibank SD, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
18611797*  +Kohls/Capone,    N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
18611799*  +Loyola University Medical Center,     2160 S. First Ave.,    Maywood, IL 60153-3328
18611800*  +Loyola University Medical Center,     2160 S. First Ave.,    Maywood, IL 60153-3328
```

```
District/off: 0752-1                User: froman              Page 2 of 3                   Date Rcvd: Sep 05, 2012
                                    Form ID: pdf006           Total Noticed: 37


            ***** BYPASSED RECIPIENTS (continued) *****
18611801*     +Loyola University Medical Center,    2160 S. First Ave.,    Maywood, IL 60153-3328
18611802*     +Loyola University Medical Center,    2160 S. First Ave.,    Maywood, IL 60153-3328
18611803*     +Loyola University Medical Center,    2160 S. First Ave.,    Maywood, IL 60153-3328
19284454*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
               c/o U.s. Bank National Association Nd,    PO Box 41067,    Norfolk VA 23541)
                                                                                         TOTALS: 1, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: froman              Page 3 of 3                  Date Rcvd: Sep 05, 2012
                              Form ID: pdf006           Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2012 at the address(es) listed below:

        Allan J DeMars   on behalf of Trustee Allan DeMars alland1023@aol.com
        Allan J DeMars    alland1023@aol.com
        Clay  Mosberg   on behalf of Creditor  Wells Fargo Bank, NA cmosberg@fallaw.com,
         tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
        Marek  Loza   on behalf of Debtor Marius Seniunas marekloza@lozalaw.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                         TOTAL: 5